U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: |
|---|---|
| Drew Heriot and Drew Pictures Pty Ltd. vs. Rhonda Byrne, The Secret, LLC Prime Time U.S., Inc. TS Production Holdings, LLC | FILED: APRIL 21, 2008 08CV2272    TG JUDGE CONLON MAGISTRATE JUDGE ASHMAN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Drew Heriot and Drew Pictures Pty Ltd.

| NAME (Type or print) |
|---|
| Paul L. Price |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ PAUL L. PRICE |
| FIRM |
| HEPLER, BROOM, MACDONALD, HEBRANK, TRUE & NOCE, LLC |
| STREET ADDRESS |
| 150 N. WACKER DRIVE, STE. 3100 |
| CITY/STATE/ZIP |
| CHICAGO, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 2252716 | (312)230-9100 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |