UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Drew Heriot and Drew Pictures Pty Ltd., § § *Plaintiffs,* § § vs. § § Rhonda Byrne, § The Secret LLC (AKA TS Holdings LLC) § Prime Time US Inc., § TS Production Holdings LLC, § TS Production LLC, § TS Merchandising Ltd., And § Robert E. Rainone Jr. § § *Defendants.* § | Case No. _____ |

## DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, plaintiff Drew Pictures Pty Ltd hereby states that it is wholly owned by Drew Heriot, its only member, and that no publicly held corporation owns 10% or more of an interest in Drew Pictures Pty Ltd.

A supplement to this disclosure statement will be filed upon any change in the information provided herein.

Respectfully submitted,

/s/ Paul L. Price
Hepler, Broom, MacDonald, Hebrank, True & Noce, LLC
Paul L. Price
150 N. Wacker Drive, Suite 3100
Chicago, Illinois 60606
Phone: 312.230.9100
Fax: 312.230.9201

Sayles | Werbner, P.C.
Mark S. Werbner (Texas Bar No. 21179700)
Richard A. Sayles (Texas Bar No. 17697500)
Darren P. Nicholson (Texas Bar No. 24032789)
*(pro hac vice motion to be filed)*
4400 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
Phone: 214.939.8700
Fax: 214.939.8787

*Attorneys for Plaintiffs Drew Heriot and Drew Pictures Pty Ltd.*