UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Drew Heriot and Drew Pictures Pty Ltd., | § § | |
| *Plaintiffs,* | § § | |
| vs. | § § | Case No. 08-cv-2272 |
| | § | Judge Conlon |
| Rhonda Byrne, | § | |
| The Secret LLC (AKA TS Holdings LLC) | § | |
| Prime Time US Inc., | § | |
| TS Production Holdings LLC, | § | |
| TS Production LLC, | § | |
| TS Merchandising Ltd., And | § | |
| Robert E. Rainone Jr. | § § | |
| *Defendants* | § | |

## STIPULATION

Plaintiffs Drew Heriot and Drew Pictures Pty Ltd., by their attorneys, and David S. Elkins, counsel for Rhonda Byrne, The Secret LLC (AKA TS Holdings LLC), Prime Time US Inc., TS Production Holdings LLC, TS Production LLC, TS Merchandising Ltd., and Robert E. Rainone Jr. (hereinafter "Defendants") hereby stipulate as follows:

1. <u>Waiver of Service</u>: David S. Elkins and the law firm of Squire, Sanders & Dempsey L.L.P. have been retained to represent Defendants in this action, have received a copy of the Complaint, have been given authority to waive service of summons in this action by each defendant, and hereby waive service of summons in this action on behalf of all Defendants.

2. <u>Response to Complaint</u>: The parties agree that Defendants will appear and respond to the Complaint by way of answer or motion on or before **June 4, 2008.**

Dated: April 28, 2008

                    Respectfully submitted,

                    /s/ Paul L. Price
                    Hepler, Broom, MacDonald, Hebrank, True & Noce, LLC
                    Paul L. Price
                    150 N. Wacker Drive, Suite 3100
                    Chicago, Illinois 60606
                    Phone: 312.230.9100
                    Fax: 312.230.9201

                    Sayles | Werbner, P.C.
                    Mark S. Werbner
                    Richard A. Sayles
                    Darren P. Nicholson
                    *(pro hac vice motion to be filed)*
                    4400 Renaissance Tower
                    1201 Elm Street
                    Dallas, Texas 75270
                    Phone: 214.939.8700
                    Fax: 214.939.8787

                    *Attorneys for Plaintiffs Drew Heriot and Drew Pictures Pty Ltd.*


                    /s/ David S. Elkins
                    David S. Elkins
                    Squire, Sanders & Dempsey LLP
                    600 Hansen Way
                    Palo Alto, CA  94304-1043
                    Phone: 650.843.3378
                    Fax: 650.843.8777

                    *Attorney for Defendants Rhonda Byrne, The Secret LLC (AKA TS Holdings LLC), Prime Time US Inc., TS Production Holdings LLC, TS Production LLC, TS Merchandising Ltd., and Robert E. Rainone Jr.*