IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DREW HERIOT AND<br>DREW PICTURES PTY LTD., | Civil Case No. 08CV2272 |
| Plaintiffs, | The Honorable Suzanne B. Conlon |
| vs. | |
| RHONDA BYRNE, THE SECRET LLC<br>(AKA TS HOLDINGS LLC), PRIME TIME<br>US INC., TS PRODUCTION HOLDINGS<br>LLC, TS PRODUCTION LLC,<br>TS MERCHANDISING LTD., and<br>ROBERT E. RAINONE, JR., | |
| Defendants. | |

**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANTS**

PLEASE TAKE NOTICE that David S. Elkins, Joseph A. Meckes and Joseph P. Grasser of the law firm Squire Sanders & Dempsey L.L.P. hereby enter their appearance as counsel of record for defendants RHONDA BYRNE, THE SECRET LLC (also sued as TS HOLDINGS LLC), PRIME TIME US INC., TS PRODUCTION HOLDINGS LLC, TS PRODUCTION LLC, TS MERCHANDISING LTD., and ROBERT E. RAINONE, JR.  For purposes of receipt of Electronic Court Filing notices, their e-mail address are as follows:

    David Elkins:         delkins@ssd.com

    Joseph A. Meckes:    jmeckes@ssd.com

    Joseph P. Grasser:    jgrasser@ssd.com

Dated:  May 19, 2008        SQUIRE, SANDERS & DEMPSEY L.L.P.

        By:  /s/ David S. Elkins
        David S. Elkins

        David S. Elkins (Cal. Bar #148077)
        delkins@ssd.com
        Joseph P. Grasser (Cal. Bar #255156)
        jgrasser@ssd.com
        600 Hansen Way
        Palo Alto, CA  94304-1043
        Telephone:  +1.650.856.6500
        Facsimile:   +1.650.843.8777

        SQUIRE, SANDERS & DEMPSEY L.L.P.
        Joseph A. Meckes (State Bar #190279)
        jmeckes@ssd.com
        One Maritime Plaza, Third Floor
        San Francisco, CA  94111
        Telephone:  +1.415.954.0200
        Facsimile:   +1.415.393.9887

        Attorneys for Defendants
        RHONDA BYRNE, THE SECRET LLC
        (also sued as TS HOLDINGS LLC), PRIME
        TIME US INC., TS PRODUCTION
        HOLDINGS LLC, TS PRODUCTION LLC,
        TS MERCHANDISING LTD., and
        ROBERT E. RAINONE, JR.