IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DREW HERIOT and<br>DREW PICTURES PTY LTD., | Civil Case No. 08CV2272 |
| Plaintiffs, | The Honorable Suzanne B. Conlon |
| vs. | |
| RHONDA BYRNE, THE SECRET LLC<br>(AKA TS HOLDINGS LLC), PRIME TIME<br>US INC., TS PRODUCTION HOLDINGS<br>LLC, TS PRODUCTION LLC,<br>TS MERCHANDISING LTD., and<br>ROBERT E. RAINONE, JR., | |
| Defendants. | |

**DECLARATION OF RHONDA BYRNE IN SUPPORT OF
MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO STAY PROCEEDINGS**

David S. Elkins
Joseph A. Meckes
Joseph P. Grasser
SQUIRE, SANDERS & DEMPSEY L.L.P.
600 Hansen Way
Palo Alto, CA  94304-1043
Telephone:  (650) 856-6500
Facsimile:   (650) 843-8777

Jack J. Carriglio
James G. Argionis
MECKLER BULGER & TILSON
123 North Wacker Drive, Suite 1800
Chicago, IL  60606
Telephone:  (312) 474-7900
Facsimile:   (312) 474-7898

Attorneys for Defendants
RHONDA BYRNE, TS RER LLC
(erroneously named as "THE SECRET LLC"
and "TS HOLDINGS LLC"), PRIME TIME
US INC., TS PRODUCTION HOLDINGS
LLC, TS PRODUCTION LLC,
TS MERCHANDISING LTD., and
ROBERT E. RAINONE, JR.

I, Rhonda Byrne, declare as follows:

1.      I agree that I will submit to personal jurisdiction in the courts of Australia in connection with the claims alleged in the Complaint in this action or any other claims based on alleged ownership by Drew Pictures Pty Ltd. in *The Secret* or any part thereof.

2.      I have authorized Leon Zwier of the law firm Arnold, Bloch & Liebler to accept service of process in any action initiated against me based on alleged ownership or co-ownership by Drew Pictures Pty Ltd. in *The Secret* or any part thereof.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on June 3, 2008 in Montecito, California.

Rhonda Byrne

## <u>CERTIFICATE OF SERVICE</u>

Under penalties as provided by law, the undersigned, an attorney, hereby certifies and states that he caused a true and accurate copies of the following accompanying documents:

- *Defendants' Notice of Motion;*

- *Defendants' Motion to Dismiss or, in the Alternative, to Stay Proceedings;*

- *Defendants' Memorandum of Points and Authorities in Support of Motion to Dismiss or, in the Alternative, to Stay Proceedings;*

- *Declaration of Rhonda Byrne in Support of Motion to Dismiss or, in the Alternative, to Stay Proceedings;*

- *Declaration of Paul Harrington in Support of Motion to Dismiss or, in the Alternative, to Stay Proceedings;*

- *Declaration of Joseph A. Meckes in Support of Motion to Dismiss or, in the Alternative, to Stay Proceedings;*

- *Declaration of Robert E. Rainone, Jr. in Support of Motion to Dismiss or, in the Alternative, to Stay Proceedings*; and

- *Declaration of Donald J. Zyck in Support of Motion to Dismiss or, in the Alternative, to Stay Proceedings*

to be served upon the counsel listed below via the United States District Court for the Northern District of Illinois, Eastern Division's CM/ECF electronic filing system and by electronic mail on this 4th day of June, 2008.

Paul L. Price
(plp@heplerbroom.com)
Hepler, Broom, MacDonald, Hebrank, True &
    Noce, LLC
150 N. Wacker Drive, Suite 3100
Chicago, Illinois  60606

Mark S. Werbner
(mwerbner@swtriallaw.com)
Darren P. Nicholson
(dnicholson@swtriallaw.com)
Sayles | Werbner, P.C.
4400 Renaissance Tower
1201 Elm Street
Dallas, Texas  75270

By /s/ David S. Elkins