IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DREW HERIOT and<br>DREW PICTURES PTY LTD.,<br><br>    Plaintiffs,<br><br>    vs.<br><br>RHONDA BYRNE, THE SECRET LLC<br>(AKA TS HOLDINGS LLC), PRIME TIME<br>US INC., TS PRODUCTION HOLDINGS<br>LLC, TS PRODUCTION LLC,<br>TS MERCHANDISING LTD., and<br>ROBERT E. RAINONE, JR.,<br><br>    Defendants. | Civil Case No. 08CV2272<br><br>The Honorable Suzanne B. Conlon |

**DECLARATION OF JOSEPH A. MECKES IN SUPPORT OF
MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO STAY PROCEEDINGS**

David S. Elkins
Joseph A. Meckes
Joseph P. Grasser
SQUIRE, SANDERS & DEMPSEY L.L.P.
600 Hansen Way
Palo Alto, CA  94304-1043
Telephone:  (650) 856-6500
Facsimile:   (650) 843-8777

Jack J. Carriglio
James G. Argionis
MECKLER BULGER & TILSON
123 North Wacker Drive, Suite 1800
Chicago, IL  60606
Telephone:  (312) 474-7900
Facsimile:   (312) 474-7898

Attorneys for Defendants
RHONDA BYRNE, TS RER LLC
(erroneously named as "THE SECRET LLC"
and "TS HOLDINGS LLC"), PRIME TIME
US INC., TS PRODUCTION HOLDINGS
LLC, TS PRODUCTION LLC,
TS MERCHANDISING LTD., and
ROBERT E. RAINONE, JR.

I, Joseph A. Meckes, declare as follows:

1.      I am an attorney admitted to practice in the Northern District of Illinois as well as in the State of California, the United States Supreme Court and several other federal district and appellate courts in California and across the country. I am a partner in the law firm of Squire, Sanders & Dempsey L.L.P. I am one of the attorneys of record for the Defendants this action. The matters set forth below are within my personal knowledge, and if called upon as a witness, I could and would testify competently thereto.

2.      Attached hereto as Exhibit A is a true and correct copy of the U.S. District Court - Judicial Caseload Profile prepared by the Administrative Office of the Courts (*available at* http://www.uscourts.gov/cgi-bin/cmsd2007.pl). According to these statistics, in 2007, there was an average of 368 actions per judgeship.

3.      Attached hereto as Exhibit B is a true and correct copy of excerpts from the Federal Court of Australia 2006-2007 Annual Report ("Australia Annual Report"). At page 89, the Australia Annual Report states that there were 3,212 "current" cases in the Australian Federal Court in 2006-2007. According to the Federal Court of Australia's website (http://www.fedcourt.gov.au/aboutct/jj_alpha.html), there are 49 federal judgeships in Australia. Combining these two statistics shows that there is an average of approximately 65 cases per judge in the Australian Federal Court.

4.      Attached hereto as Exhibit C is a true and correct copy of "U.S. District Courts. Civil Cases Pending by Length of Time Pending," (available at http://www.uscourts.gov/judicialfactsfigures/2006/Table411.pdf).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 3, 2008 in San Francisco, California.

Joseph A. Meckes

## <u>CERTIFICATE OF SERVICE</u>

Under penalties as provided by law, the undersigned, an attorney, hereby certifies and states that he caused a true and accurate copies of the following accompanying documents:

- *Defendants' Notice of Motion;*

- *Defendants' Motion to Dismiss or, in the Alternative, to Stay Proceedings;*

- *Defendants' Memorandum of Points and Authorities in Support of Motion to Dismiss or, in the Alternative, to Stay Proceedings;*

- *Declaration of Rhonda Byrne in Support of Motion to Dismiss or, in the Alternative, to Stay Proceedings;*

- *Declaration of Paul Harrington in Support of Motion to Dismiss or, in the Alternative, to Stay Proceedings;*

- *Declaration of Joseph A. Meckes in Support of Motion to Dismiss or, in the Alternative, to Stay Proceedings;*

- *Declaration of Robert E. Rainone, Jr. in Support of Motion to Dismiss or, in the Alternative, to Stay Proceedings*; and

- *Declaration of Donald J. Zyck in Support of Motion to Dismiss or, in the Alternative, to Stay Proceedings*

to be served upon the counsel listed below via the United States District Court for the Northern District of Illinois, Eastern Division's CM/ECF electronic filing system and by electronic mail on this 4th day of June, 2008.

Paul L. Price
(plp@heplerbroom.com)
Hepler, Broom, MacDonald, Hebrank, True & Noce, LLC
150 N. Wacker Drive, Suite 3100
Chicago, Illinois  60606

Mark S. Werbner
(mwerbner@swtriallaw.com)
Darren P. Nicholson
(dnicholson@swtriallaw.com)
Sayles |Werbner, P.C.
4400 Renaissance Tower
1201 Elm Street
Dallas, Texas  75270

By /s/ David S. Elkins

# MECKES DECLARATION
# EXHIBIT A

# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| ILLINOIS NORTHERN | | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | Numerical Standing | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 2007 | 2006 | 2005 | 2004 | 2003 | 2002 | U.S. | Circuit |
| OVERALL CASELOAD STATISTICS | Filings* | | 8,422 | 8,093 | 9,056 | 10,584 | 11,126 | 11,135 | U.S. | Circuit |
| | Terminations | | 7,929 | 8,255 | 8,805 | 11,461 | 10,888 | 10,709 | | |
| | Pending | | 8,091 | 7,711 | 7,914 | 7,706 | 8,699 | 8,587 | | |
| | % Change in Total Filings | Over Last Year | 4.1 | | | | | | 27 | 2 |
| | | Over Earlier Years | | -7.0 | -20.4 | -24.3 | -24.4 | | 81 | 6 |
| | Number of Judgeships | | 22 | 22 | 22 | 22 | 22 | 22 | | |
| | Vacant Judgeship Months** | | 15.8 | 5.7 | 12.0 | 9.6 | 22.1 | 17.8 | | |
| ACTIONS PER JUDGESHIP | FILINGS | Total | 382 | 367 | 412 | 481 | 505 | 506 | 62 | 4 |
| | | Civil | 346 | 330 | 369 | 437 | 461 | 459 | 36 | 3 |
| | | Criminal Felony | 24 | 26 | 34 | 32 | 38 | 39 | 93 | 7 |
| | | Supervised Release Hearings** | 12 | 11 | 9 | 12 | 6 | 8 | 77 | 6 |
| | Pending Cases | | 368 | 351 | 360 | 350 | 395 | 390 | 48 | 3 |
| | Weighted Filings** | | 462 | 443 | 485 | 512 | 526 | 525 | 39 | 3 |
| | Terminations | | 360 | 375 | 400 | 521 | 495 | 487 | 66 | 5 |
| | Trials Completed | | 11 | 11 | 13 | 12 | 12 | 14 | 86 | 6 |
| MEDIAN TIMES (months) | From Filing to Disposition | Criminal Felony | 14.7 | 13.9 | 12.9 | 10.3 | 9.9 | 10.3 | 90 | 7 |
| | | Civil** | 6.2 | 6.5 | 6.9 | 5.9 | 5.5 | 5.5 | 7 | 2 |
| | From Filing to Trial** (Civil Only) | | 29.7 | 26.4 | 27.0 | 28.4 | 26.0 | 26.0 | 65 | 5 |
| OTHER | Civil Cases Over 3 Years Old** | Number | 456 | 500 | 388 | 337 | 442 | 461 | | |
| | | Percentage | 6.5 | 7.4 | 5.6 | 5.0 | 5.6 | 6.0 | 65 | 6 |
| | Average Number of Felony Defendants Filed Per Case | | 1.7 | 1.8 | 1.9 | 1.9 | 1.7 | 1.7 | | |
| | Jurors | Avg. Present for Jury Selection | 45.20 | 45.07 | 51.46 | 39.36 | 45.57 | 43.63 | | |
| | | Percent Not Selected or Challenged | 31.8 | 30.9 | 36.9 | 31.0 | 37.3 | 34.8 | | |

| 2007 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 7620 | 118 | 150 | 701 | 53 | 55 | 1504 | 902 | 563 | 428 | 1614 | 23 | 1509 |
| Criminal* | 527 | 1 | 152 | 59 | 43 | 107 | 80 | 13 | 6 | 17 | 11 | 11 | 27 |

*  Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
** See "Explanation of Selected Terms."

# MECKES DECLARATION
# EXHIBIT B





On 19 September 2006, the Court signed a Memorandum of Understanding (MOU) with the Association of Australian Ports and Marine Authorities Incorporated ('AAPMA'), the peak body representing the interests of ports and marine authorities in Australia. The MOU was signed between the Hon Chief Justice Michael Black AC of the Court and the AAPMA Executive Director, Mr John Hirst.

ANNUAL REPORT 2006–2007

# FEDERAL COURT OF AUSTRALIA
## 2006–2007
### ANNUAL REPORT



The cover of this year's annual report highlights the Court's admiralty and maritime jurisdiction, which is an important area of the Court's work. The Court's role in this area often requires the arrest or sale of vessels. This involves working with a range of local, national and international authorities. In recent years the Court has focussed on the national management of this work and enhancing its procedures through new Admiralty Rules, communication with practitioners and litigants and work with the Government on legislative issues.

In 2006–07 there were also a number of significant events, including the signing of the MOU with the Association of Australian Ports and Marine Authorities Incorporated, which sets out areas of mutual interest and assistance and underpins a number of initiatives to strengthen the relationship between the Court's Marshals and port authorities in each State and Territory. The Court also welcomed the Attorney-General's announcement in April 2007 of the establishment of the Australian Maritime and Transport Arbitration Commission.



FEDERAL COURT
OF AUSTRALIA
2006–2007
ANNUAL REPORT

© Commonwealth of Australia 2007

Annual Report: Federal Court of Australia

ISSN 1035–5863 (print version)
ISSN 1835-1565 (online version)

This work is copyright. Apart from any use as permitted by the *Copyright Act 1968*, no part may be reproduced by any process without prior written permission from the Commonwealth available from AusInfo. Requests and inquiries concerning reproduction and rights should be directed to the Manager, Legislative Services, AusInfo, GPO Box 1920, Canberra ACT 2601.



CHIEF JUSTICE'S CHAMBERS
FEDERAL COURT OF AUSTRALIA
305 WILLIAM STREET
MELBOURNE  VIC  3000

17 September 2007

The Honourable Philip Ruddock MP
Attorney-General
Parliament House
CANBERRA   ACT   2600

Dear Attorney-General

I have the pleasure in submitting, in accordance with section 18S of the *Federal Court of Australia Act 1976*, a report of the management of the administrative affairs of the Court during the financial year 2006-2007 and the financial statements in respect of that financial year.  The report also includes information about the Court, its composition, jurisdiction and workload.

This is the Court's eighteenth annual report.

Yours sincerely

M E J BLACK
Chief Justice

iii



# CONTENTS

## 1   Overview of the Federal Court of Australia

| | |
|---|---|
| Establishment | 2 |
| Functions and Powers | 2 |
| Objectives | 2 |
| The Court's Outcome and Output Structure | 2 |
| The Court | 3 |
| Judges | 3 |
| Appointments and retirements | 6 |
| Registries | 7 |

## 2  The Year in Review

Significant Issues and Developments                                          10

The Court's Performance                                                      12

## 3  The Work of the Court in 2006-07

**Management of cases and deciding disputes**                               14

The Court's jurisdiction                                                     15

Workload of the Federal Court and Federal Magistrates Court                 17

The workload of the Court in its original jurisdiction                      19

The Court's appellate jurisdiction                                          20

Migration appeals                                                           22

The Court's native title jurisdiction                                       23

Assisted dispute resolution                                                 26

Management of cases and deciding disputes by Tribunals                      27

**Improving access to the Court and contributing to the Australian Legal System**   28

Practice and procedure reforms                                              28

Assistance for self represented litigants                                   29

Public information                                                          30

Community relations                                                         31

Complaints about the Court's processes                                      32

Involvement in legal education programs and legal reform activities         32

**Work with International Jurisdictions**                                   33

Asia Pacific Judicial Reform Forum                                          33

China: Supreme People's Court                                               33

Indonesia–Australia Legal Development Facility                              33

Pacific Judicial Development Program                                         34

Tonga: Pacific Governance Support Program                                    34

Vietnam: Benchbook revision                                                 34

Visitors to the Court                                                        34

## 4    Management of the Court

Judges' committees                                                          36

Judges' meetings                                                            36

**Corporate Services**                                                      37

Financial management                                                        37

Audit and risk management                                                   38

External scrutiny                                                           38

Purchasing                                                                  38

Consultants                                                                 39

Technology services                                                         39

Human Resources                                                             41

Occupational Health and Safety                                             45

Property management                                                         46

Library and information services                                           48

## Appendices

**appendix 1**    Financial statements                                      50

**appendix 2**    Management Structure                                      83

**appendix 3**    Registrars of the Court                                   84

**appendix 4**    Statues of the Court                                      86

**appendix 5**    Workload Statistics                                       89

**appendix 6**    Work of Tribunals                                        104

**appendix 7**    Decisions of Interest                                    108

**appendix 8**    Judges' participation in legal reform activities and
                  international committees and conferences in 2006-07      120

**appendix 9**    Equal Employment Opportunity Statistics                  128

**appendix 10**   Expenditure on consultants                               129

**appendix 11**   Statement under Section 8 of the Freedom of Information Act 1982    130

**index**                                                                  132

**glossary**                                                               134



# CHAPTER 1
Overview of the Federal Court
of Australia

## 1.1 Establishment

The Federal Court of Australia, created by the *Federal Court of Australia Act 1976*, began to exercise its jurisdiction on 1 February 1977. It assumed jurisdiction formerly exercised in part by the High Court of Australia and the whole jurisdiction of the Australian Industrial Court and the Federal Court of Bankruptcy.

The Court is a superior court of record and a court of law and equity. It sits in all capital cities and elsewhere in Australia from time to time.

## 1.2 Functions and powers

The Court's original jurisdiction is conferred by over 150 statutes of the Parliament. A list of these Acts appears in Appendix 4 on page 86.

The Court has a substantial and diverse appellate jurisdiction. It hears appeals from decisions of single judges of the Court, and from the Federal Magistrates Court in non–family law matters. The Court also exercises general appellate jurisdiction in criminal and civil matters on appeal from the Supreme Court of Norfolk Island. The Court's jurisdiction is described more fully in Chapter 3.

## 1.3 Objectives

The objectives of the Court are to:

- decide disputes according to law – promptly, courteously and effectively and, in so doing, to interpret the statutory law and develop the general law of the Commonwealth, so as to fulfil the role of a court exercising the judicial power of the Commonwealth under the Constitution;

- provide an effective registry service to the community; and

- manage the resources allotted by Parliament efficiently.

## 1.4 The Court's outcome and output structure

The Court's outcome and output structure appears in Chapter 4 on page 38.

This report uses the outcome and output structure to outline the Court's work and performance during 2006–07. Chapter 3 reports on these issues in detail.



# CHAPTER 2
The year in review

## 2.3 The Court's Performance

### Workload

During the year there were 5,063 actions commenced in the Court and 12,740 in the general federal law jurisdiction – the combined workload of the Federal Court and the Federal Magistrates Court. The Federal Court's registries provide registry services for the Federal Magistrates Court. This work has continued to grow since 2000, when the Federal Magistrates Court was established. In 1999–2000 the combined filings in the Federal Magistrates Court and the original jurisdiction of the Federal Court were 5,885, compared with 11,220 this year.

### Migration appeals

Migration Act matters form a substantial and increasing proportion of the Court's appellate jurisdiction. In 2006–07, 71.84% of appeals and related actions concerned decisions under the Migration Act. This has increased from 56.4% in 2000–01. The Court has introduced a number of procedures to streamline the preparation and conduct of these appeals and applications, most of which are heard by a single judge rather than a Full Court. This is discussed in more detail in Chapter 3. It is important to note that rather than seeking additional judicial resources, the Court has implemented structural and procedural changes to facilitate the expeditious management of the migration workload.

### Performance against time standards

The Court has two time goals for the performance of its work: the first goal concerns the time taken from filing a case to completion; the second goal concerns the time taken to deliver reserved judgments. The time goals assist the Court in managing its work to achieve the performance criteria. They do not determine how long all cases will take as some are very long and complex and others will, necessarily, be very short.

#### Time Goal 1: 85% of cases completed within 18 months of commencement

During the reporting year, the Court completed 92.2% of cases in less than eighteen months, compared with 91.1% in the previous year. As shown in Figure 5.5 in Appendix 5 on page 94, over the last four years the Court has consistently exceeded its benchmark of 85%.

#### Time Goal 2: Judgments to be delivered within three months

The Court has a goal of delivering reserved judgments within a period of three months. Success in meeting this goal depends upon the complexity of the case and the pressure of other business upon the Court. During 2006–07 the Court handed down 2,161 judgments. While the Court's reporting system for these statistics is still being refined, initial data indicates that 96.1% of appeals (both full court and single judge) were delivered within three months and 81% of judgments at first instance were delivered within three months of the date of being reserved.

## APPENDIX 5 – Workload statistics

The statistics in this appendix provide comparative historical information on the work of the Court, including in certain areas of the Court's jurisdiction.

When considering the statistics it is important to note that matters vary according to the nature and complexity of the issues in dispute.

It should also be noted that, in this report, the figures reported may be marginally different from figures reported in previous years. The variations have occurred through refinements or enhancements to the Casetrack database which necessitated the checking or verification and possible variation of data previously entered.

Casetrack also records matters differently to the Court's previous system, FEDCAMS, with the effect that the Court's reports since 2004–05 have reported different figures for earlier years from those reported in those years. Casetrack records matters in the Court classified according to eleven main categories, described as 'causes of action' (COA).

It should also be noted that following publication of the 2005–06 Annual Report discrepancies were discovered in those charts in Appendix 5 relating to the age and number of current matters. While the total figures were correct, the figures for the individual years were incorrect. The error was caused because both financial and calendar year statistics were incorrectly used to generate this data.

**Table 5.1 – Summary of workload statistics**

Original and appellate jurisdiction

**Filings of major COAs including appeals and related actions**

National totals by financial year

| Year | 2002–03 | 2003–04 | 2004–05 | 2005–06 | 2006–07 |
|---|---|---|---|---|---|
| **Cause of Action** | | | | | |
| **Total COAs (inc. Appeals & Related Actions)** | | | | | |
| Filed | 4846 | 6017 | 4494 | 6158 | 5063 |
| Finalised | 5255 | 6084 | 4496 | 6253 | 5338 |
| Current | 3651 | 3584 | 3582 | 3487 | 3212 |
| **Corporations (inc. Appeals & Related Actions)** | | | | | |
| Filed | 468 | 645 | 1003 | 2912 | 1926 |
| Finalised | 439 | 558 | 792 | 2729 | 2083 |
| Current | 187 | 274 | 485 | 668 | 511 |
| **Bankruptcy (inc. Appeals & Related Actions)** | | | | | |
| Filed | 540 | 495 | 417 | 392 | 281 |
| Finalised | 573 | 525 | 393 | 419 | 343 |
| Current | 223 | 193 | 217 | 190 | 128 |
| **Native Title (inc. Appeals & Related Actions)** | | | | | |
| Filed | 71 | 78 | 61 | 68 | 66 |
| Finalised | 61 | 68 | 101 | 96 | 89 |
| Current | 675 | 685 | 645 | 617 | 596 |
| **Total COAs (inc. Appeals & Related Actions & excluding Corporations, Bankruptcy & Native Title)** | | | | | |
| Filed | 3767 | 4799 | 3013 | 2786 | 2790 |
| Finalised | 4182 | 4933 | 3210 | 3009 | 2823 |
| Current | 2566 | 2432 | 2235 | 2012 | 1977 |

**FEDERAL COURT OF AUSTRALIA – ANNUAL REPORT 2006–2007**

**Table 5.2 – Summary of workload statistics**

(excluding appeals and related actions)

**Filings of major COAs (excluding appeals & related actions)**

National totals by financial year

| Year<br>Cause of Action | 2002–03 | 2003–04 | 2004–05 | 2005–06 | 2006–07 |
|---|---|---|---|---|---|
| **Total COAs (ex. Appeals & Related Actions)** | | | | | |
| Filed | 4139 | 5114 | 3114 | 4827 | 3543 |
| Finalised | 4560 | 5248 | 3255 | 4887 | 3808 |
| Current | 3278 | 3144 | 3003 | 2943 | 2678 |
| **Corporations (ex. Appeals & Related Actions)** | | | | | |
| Filed | 466 | 635 | 984 | 2898 | 1903 |
| Finalised | 435 | 549 | 779 | 2719 | 2058 |
| Current | 179 | 265 | 470 | 649 | 494 |
| **Bankruptcy (ex. Appeals & Related Actions)** | | | | | |
| Filed | 485 | 448 | 348 | 332 | 223 |
| Finalised | 525 | 470 | 333 | 354 | 289 |
| Current | 180 | 158 | 173 | 151 | 85 |
| **Native Title (ex. Appeals & Related Actions)** | | | | | |
| Filed | 68 | 54 | 51 | 60 | 50 |
| Finalised | 58 | 61 | 79 | 81 | 76 |
| Current | 662 | 655 | 627 | 606 | 580 |
| **Total COAs (ex. Appeals & Related Actions & excluding Corporations, Bankruptcy & Native Title)** | | | | | |
| Filed | 3120 | 3977 | 1731 | 1537 | 1367 |
| Finalised | 3542 | 4168 | 2064 | 1733 | 1408 |
| Current | 2257 | 2066 | 1733 | 1537 | 1519 |

**Table 5.3 – Summary of workload statistics**

Appeals and related actions only

**Filings of appeals and relation actions**

National totals by financial year

| Year<br>Cause of Action | 2002–03 | 2003–04 | 2004–05 | 2005–06 | 2006–07 |
|---|---|---|---|---|---|
| **Total Appeals & Related Actions** | | | | | |
| Filed | 707 | 903 | 1380 | 1331 | 1520 |
| Finalised | 695 | 836 | 1241 | 1366 | 1530 |
| Current | 373 | 440 | 579 | 544 | 534 |
| **Corporations Appeals & Related Actions** | | | | | |
| Filed | 2 | 10 | 19 | 14 | 37 |
| Finalised | 4 | 9 | 13 | 10 | 37 |
| Current | 6 | 7 | 13 | 17 | 17 |
| **Migration Appeals & Related Actions** | | | | | |
| Filed | 201 | 375 | 971 | 1050 | 1092 |
| Finalised | 179 | 435 | 659 | 1051 | 1124 |
| Current | 112 | 52 | 364 | 363 | 331 |
| **Native Title Appeals & Related Actions** | | | | | |
| Filed | 3 | 24 | 10 | 8 | 25 |
| Finalised | 3 | 7 | 22 | 15 | 20 |
| Current | 13 | 30 | 18 | 11 | 16 |
| **Total Appeals & Related Actions – excluding Corporations, Migration & Native Title Appeals & Related Actions** | | | | | |
| Filed | 501 | 494 | 380 | 259 | 366 |
| Finalised | 509 | 385 | 547 | 290 | 349 |
| Current | 242 | 351 | 184 | 153 | 170 |

**Figure 5.1 – Matters filed 2002–03 to 2006–07**



| | | | | |
|---|---|---|---|---|
| 4846 | 6017 | 4494 | 6158 | 5063 |

| 707 | 903 | 1380 | 1331 | 1520 |
| 4139 | 5114 | 3114 | 4827 | 3543 |
| 2002-03 | 2003-04 | 2004-05 | 2005-06 | 2006-07 |

☐ Filings of Appeals and Related Actions   ☐ Filings of Major COAs (excluding Appeals & Related Actions)   ☐ Cumulative Total

FEDERAL COURT OF AUSTRALIA – ANNUAL REPORT 2006–2007

**Figure 5.2 – Matters filed and finalised 2002–03 to 2006–07**



The number finalised refers to those matters finalised in the relevant financial year, regardless of when they were originally filed.

**Figure 5.3 – Age and number of current matters at 30 June 2007**



A total of 3,212 matters remain current at 30 June 2007. There were 475 applications still current relating to periods before those shown in the graph. Over 90% of cases prior to 2002 are native title matters.

**Figure 5.4 – Time span to complete**

Matters completed in the period 1 July 2002 to 30 June 2007



A total of 27,011 matters were completed during the 5 year period ended 30 June 2007 excluding Native Title matters. The time span, from filing to disposition of these matters, is shown in the graph above.

# MECKES DECLARATION EXHIBIT C

Table 4.11
U.S. District Courts.  Civil Cases Pending by Length of Time Pending

| Fiscal Year | Total | Length of Time | | | | |
|---|---|---|---|---|---|---|
| | | Less Than 1 Year | 1 to 2 Years | 2 to 3 Years | 3 Years or More | |
| | | | | | Number | Percent |
| 1990 | 242,808 | 134,550 | 55,456 | 27,130 | 25,672 | 10.6% |
| 1995 | 242,274 | 156,254 | 51,119 | 21,363 | 13,538 | 5.6% |
| 2000 | 249,261 | 153,033 | 45,651 | 20,143 | 30,434 | 12.2% |
| 2002 | 265,926 | 161,727 | 49,111 | 20,784 | 34,304 | 12.9% |
| 2003 | 261,065 | 156,046 | 49,826 | 21,126 | 34,067 | 13.0% |
| 2004 | 286,053 | 177,370 | 52,303 | 20,415 | 35,965 | 12.6% |
| 2005 | 266,216 | 151,485 | 52,796 | 22,335 | 39,600 | 14.9% |
| 2006 | 251,832 | 150,363 | 50,434 | 23,458 | 27,577 | 11.0% |

NOTE:  The high number of civil cases pending three years or more results primarily from a significant number of breast implant and oil refinery cases.

Source: Statistical Table C-6