IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Drew Heriot & Drew Pictures PTY LTD. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 08 CV 2272 |
| | ) | |
| Rhonda Byrne, The Secret LLC, | ) | Honorable Suzanne B. Conlon |
| Prime Time US Inc., TS Production | ) | |
| Holdings LLC, TS Production LLC, | ) | |
| TS Merchandising Ltd., and | ) | |
| Robert E. Rainone, Jr., | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR LEAVE TO FILE ADDITIONAL APPEARANCES
OF COUNSEL ON BEHALF OF DEFENDANTS**

Pursuant to Local Rule 83.17 of the Rules of the United States District Court for the Northern District of Illinois, Jack J. Carriglio and James G. Argionis, both of the law firm of Meckler, Bulger & Tilson LLP, move this Court for leave to file additional appearances on behalf of Defendants Rhonda Byrne, The Secret LLC (also sued as TS Holdings LLC), Prime Time US Inc., TS Production Holdings LLC, TS Production LLC, TS Merchandising Ltd., and Robert E. Rainone, Jr., and state as follows:

1. On April 21, 2008, Plaintiffs filed their complaint against Defendants Rhonda Byrne, The Secret LLC (also sued as TS Holdings LLC), Prime Time US Inc., TS Production Holdings LLC, TS Production LLC, TS Merchandising Ltd., and Robert E. Rainone, Jr.

2. On May 19, 2008, David S. Elkins, Joseph A. Meckes and Joseph P. Grasser, all of the California law firm of Squire, Sanders & Dempsey L.L.P., filed their notice of appearance of counsel for Defendants Rhonda Byrne, The Secret LLC (also sued as TS Holdings LLC),

Prime Time US Inc., TS Production Holdings LLC, TS Production LLC, TS Merchandising Ltd., and Robert E. Rainone, Jr.

3. Jack J. Carriglio and James G. Argionis, both of the law firm of Meckler, Bulger & Tilson, LLP are located in Chicago and seek leave, pursuant to Local Rule 83.17, to file their additional appearances (copies of which are attached hereto as Group Exhibit A) in order to assist the initial counsel of record for Defendants who are located in California.

WHEREFORE, Jack J. Carriglio and James G. Argionis, both of the law firm of Meckler, Bulger & Tilson LLP, respectfully request that this Honorable Court grant their motion for leave to file additional appearances on behalf of Defendants Rhonda Byrne, The Secret LLC (also sued as TS Holdings LLC), Prime Time US Inc., TS Production Holdings LLC, TS Production LLC, TS Merchandising Ltd., and Robert E. Rainone, Jr. and for such other relief as this Court deems proper.

Respectfully submitted,

By /s/ James G. Argionis

SQUIRE, SANDERS & DEMPSEY L.L.P.
David S. Elkins (Cal. Bar #148077)
delkins@ssd.com
Joseph P. Grasser (Cal. Bar #255156)
jgrasser@ssd.com
600 Hansen Way
Palo Alto, CA 94304-1043
Telephone: +1.650.856.6500
Facsimile: +1.650.843.8777

SQUIRE, SANDERS & DEMPSEY L.L.P.
Joseph A. Meckes (State Bar #190279)
jmeckes@ssd.com
One Maritime Plaza, Third Floor
San Francisco, CA 94111

Telephone: +1.415.954.0200
Facsimile: +1.415.393.9887

Attorneys for Defendants
RHONDA BYRNE, THE SECRET LLC
(also sued as TS HOLDINGS LLC), PRIME
TIME US INC., TS PRODUCTION
HOLDINGS LLC, TS PRODUCTION LLC,
TS MERCHANDISING LTD., and
ROBERT E. RAINONE, JR.

Jack J. Carriglio
jack.carriglio@mbtlaw.com
James G. Argionis
jim.argionis@mbtlaw.com
Meckler Bulger & Tilson LLP
123 N. Wacker Drive Suite 1800
Chicago, Illinois 60606
Phone: (312) 474-7900
Fax: (312) 474-7898

N:\shared\ArgionisJ\Rhonda Byrne\Motion for Leave to File Additional Appearance 001.doc

# Group Exhibit A

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08 CV 2272 |
|---|---|

Drew Heriot & Drew Pictures PTY LTD.,
v.
Rhonda Byrne, The Secret LLC, Prime Time US Inc., TS Production Holdings LLC, TS Production LLC, TS Merchandising Ltd., and Robert E. Rainone, Jr.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Rhonda Byrne, The Secret LLC (also sued as TS Holdings LLC), Prime Time US Inc., TS Production Holdings LLC, TS Production LLC, TS Merchandising Ltd., and Robert E. Rainone, Jr.

| NAME (Type or print) |
|---|
| Jack J. Carriglio |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Jack J. Carriglio |
| FIRM |
| Meckler Bulger & Tilson LLP |
| STREET ADDRESS |
| 123 N. Wacker Drive, Suite 1800 |
| CITY/STATE/ZIP |
| Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 00400254 | (312)474-4477 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08 CV 2272 |
|---|---|

Drew Heriot & Drew Pictures PTY LTD.,
v.
Rhonda Byrne, The Secret LLC, Prime Time US Inc., TS Production Holdings LLC, TS Production LLC, TS Merchandising Ltd., and Robert E. Rainone, Jr.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Rhonda Byrne, The Secret LLC (also sued as TS Holdings LLC), Prime Time US Inc., TS Production Holdings LLC, TS Production LLC, TS Merchandising Ltd., and Robert E. Rainone, Jr.

| NAME (Type or print) |
|---|
| James G. Argionis |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ James G. Argionis |
| FIRM |
| Meckler Bulger & Tilson LLP |
| STREET ADDRESS |
| 123 N. Wacker Drive, Suite 1800 |
| CITY/STATE/ZIP |
| Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6228773 | (312)474-7904 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐