IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Drew Heriot & Drew Pictures PTY LTD.,<br><br>    Plaintiffs,<br><br>v.<br><br>Rhonda Byrne, The Secret LLC,<br>Prime Time US Inc., TS Production<br>Holdings LLC, TS Production LLC,<br>TS Merchandising Ltd., and<br>Robert E. Rainone, Jr.,<br><br>    Defendants. | No. 08 CV 2272<br><br>Honorable Suzanne B. Conlon |

## NOTICE OF MOTION

To: Paul L. Price
  Hepler, Broom, MacDonald, Hebrank, True &
   Noce, LLC
  150 N. Wacker Drive, Suite 3100
  Chicago, Illinois 60606

  Mark S. Werbner
  Richard A. Sayles
  Darren P. Nicholson
  Sayles | Werbner, P.C.
  4400 Renaissance Tower
  1201 Elm Street
  Dallas, Texas 75270

  **PLEASE TAKE NOTICE** that on the 17th day of June, 2008 at 9:00 a.m., or as soon thereafter as counsel shall be heard, we shall appear before the Honorable Suzanne B. Conlon in Courtroom 1743 of the United States District Court for the Northern District of Illinois, Eastern Division, located in the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present, **Motion for Leave To File Additional Appearances of Counsel On Behalf of Defendants,** a copy of which is attached hereto.

Dated: June 4, 2008

  By: /s/ James G. Argionis
    One of Their Attorneys

David S. Elkins
Joseph A. Meckes
Joseph P. Grasser
SQUIRE, SANDERS & DEMPSEY L.L.P.
600 Hansen Way
Palo Alto, CA 94304-1043
Telephone: (650) 856-6500
Facsimile: (650) 843-8777

Jack J. Carriglio
James G. Argionis
MECKLER BULGER & TILSON LLP
123 North Wacker Drive, Suite 1800
Chicago, IL 60606
Telephone: (312) 474-7900
Facsimile: (312) 474-7898

**CERTIFICATE OF SERVICE**

  Under penalties as provided by law, the undersigned, an attorney, hereby certifies and states that he caused a true and an accurate copy of the foregoing *Notice of Motion* and **Motion for Leave To File Additional Appearances of Counsel On Behalf of Defendants'** to be served upon the counsel listed below via the United States District Court for the Northern District of Illinois, Eastern Division's CM/ECF electronic filing system and electronic mail on this 4th day of June, 2008.

Paul L. Price
Hepler, Broom, MacDonald, Hebrank, True & Noce, LLC
150 N. Wacker Drive, Suite 3100
Chicago, Illinois 60606
(paul.price@heplerbrom.com)

Mark S. Werbner
(mwerbner@swtriallaw.com)
Richard A. Sayles
(dsayles@swtriallaw.com)
Darren P. Nicholson
(dnicholson@swtriallaw.com)
Sayles | Werbner, P.C.
4400 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270

By /s/ James G. Argionis