IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DREW HERIOT and<br>DREW PICTURES PTY LTD.,<br><br>    Plaintiffs,<br><br>vs.<br><br>RHONDA BYRNE, THE SECRET LLC<br>(AKA TS HOLDINGS LLC), PRIME TIME<br>US INC., TS PRODUCTION HOLDINGS<br>LLC, TS PRODUCTION LLC,<br>TS MERCHANDISING LTD., and<br>ROBERT E. RAINONE, JR.,<br><br>    Defendants. | Civil Case No. 08CV2272<br><br>The Honorable Suzanne B. Conlon |

**DEFENDANTS' DISCLOSURE STATEMENT [N.D. Ill. L.R. 3.2]**

- 2 -

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, defendants TS RER LLC (erroneously named as "THE SECRET LLC" and "TS HOLDINGS LLC"), PRIME TIME US INC., TS PRODUCTION HOLDINGS LLC, TS PRODUCTION LLC and TS MERCHANDISING LTD. each states that it has no publicly held affiliates.

| | |
|---|---|
| Dated:  June 10, 2008 | Defendants RHONDA BYRNE, TS RER LLC (erroneously named as "THE SECRET LLC" and "TS HOLDINGS LLC"), PRIME TIME US INC., TS PRODUCTION HOLDINGS LLC, TS PRODUCTION LLC, TS MERCHANDISING LTD., and ROBERT E. RAINONE, JR |
| | By: /s/ David S. Elkins<br>     One of Their Attorneys |
| David S. Elkins<br>Joseph A. Meckes<br>Joseph P. Grasser<br>SQUIRE, SANDERS & DEMPSEY L.L.P.<br>600 Hansen Way<br>Palo Alto, CA  94304-1043<br>Telephone:  (650) 856-6500<br>Facsimile:   (650) 843-8777 | Jack J. Carriglio<br>James G. Argionis<br>MECKLER BULGER & TILSON LLP<br>123 North Wacker Drive, Suite 1800<br>Chicago, IL  60606<br>Telephone:  (312) 474-7900<br>Facsimile:   (312) 474-7898 |

**CERTIFICATE OF SERVICE**

      Under penalties as provided by law, the undersigned, an attorney, hereby certifies and states that he caused a true and accurate copies of the following accompanying documents:

*DEFENDANTS' DISCLOSURE STATEMENT [N.D. Ill. L.R. 3.2]*

to be served upon the counsel listed below via the United States District Court for the Northern District of Illinois, Eastern Division's CM/ECF electronic filing system on this 10th day of June, 2008.

| | |
|---|---|
| Paul L. Price <br> (plp@heplerbroom.com) <br> Hepler, Broom, MacDonald, Hebrank, True & Noce, LLC <br> 150 N. Wacker Drive, Suite 3100 <br> Chicago, Illinois  60606 | Mark S. Werbner <br> (mwerbner@swtriallaw.com) <br> Darren P. Nicholson <br> (dnicholson@swtriallaw.com) <br> Sayles │Werbner, P.C. <br> 4400 Renaissance Tower <br> 1201 Elm Street <br> Dallas, Texas  75270 |

By  /s/ David S. Elkins