# DECLARATION OF JOHN V. SWINSON

# EXHIBIT F

Exhibit F

# THE LAW OF INTELLECTUAL PROPERTY: COPYRIGHT, DESIGNS & CONFIDENTIAL INFORMATION

by

**STANIFORTH RICKETSON**
BA (Hons) (Melb), LLB (Hons) (Melb), LLM, LLD (Lond)
Professor of Law, University of Melbourne, and Barrister, Victoria

and

**CHRISTOPHER CRESWELL**
LLB (Melb)
Copyright Law Consultant,
Commonwealth Attorney-General's Department, Canberra

SECOND EDITION (REVISED)

Published in Sydney by
Thomson Legal & Regulatory Limited ABN 64 058 914 668
trading as Lawbook Co.
100 Harris Street, Pyrmont NSW 2009

First edition (S Ricketson) 1984
Second edition (S Ricketson) 1999
Second edition (revised) (S Ricketson & C Creswell) 2000, 2001, 2002

National Library of Australia
Cataloguing-in-Publication entry

Ricketson, Staniforth
The Law of Intellectual Property: Copyright,
Design & Confidential Information
Includes index.
ISBN 0 455 21617 7.

1. Intellectual Property – Australia. 2. Design
Protection – Australia. 3. Copyright – Australia. 4.
Confidential communications – Australia. I. Title.

346.94048

© Staniforth Ricketson 1999

© Staniforth Ricketson and Christopher Creswell 2000,
2001, 2002

This publication is copyright. Other for the purposes of
and subject to the conditions prescribed under the
Copyright Act, no part of it may in any form or by any
means (electronic, mechanical, microcopying,
photocopying, recording or otherwise) be reproduced,
stored in a retrieval system or transmitted without prior
written permission. Inquiries should be addressed to the
publishers.

Cover illustration, "Rudall River Country" by
Brian Kewley, reproduced by courtesy of the artist.

Principal text designed and edited by Fiona Dixon.

Supplements and reissued chapters edited by