UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Drew Heriot and Drew Pictures Pty Ltd. | § § § | |
| Plaintiffs, | § § | |
| vs. | § § | Civil Case No. 08 cv 2272 |
| Rhonda Byrne, | § § | The Honorable |
| The Secret LLC (AKA TS Holdings LLC) | § | Suzanne B. Conlon |
| Prime Time US Inc., | § | |
| TS Production Holdings LLC, | § | |
| TS Production LLC, | § | |
| TS Merchandising Ltd., And | § | |
| Robert E. Rainone Jr. | § § | |
| Defendants. | § | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **Tuesday, June 17, 2008**, at **9:00 a.m.**, Plaintiffs, Drew Heriot and Drew Pictures Pty Ltd., will bring before the Honorable Judge Suzanne Conlon, in Courtroom 1743, their Motion to Preliminarily Enjoin Defendant TS Production LLC. in the above-captioned cause of action.

Respectfully submitted,

/s/ Paul L. Price
HEPLER, BROOM, MacDONALD,
HEBRANK, TRUE & NOCE, LLC
150 North Wacker Drive – Suite 3100
Chicago, Illinois 60606
Phone: (312) 230-9100
Fax: (312) 230-9201

Mark S. Werbner, Esq.
Darren P. Nicholson, Esq.
Sayles/Werbner, P.C.
4400 Renaissance Tower
1201 Elm Street
Dallas, TX 75270
Phone: (214) 939-8700
Fax: (214) 939-8787

Attorneys for Plaintiffs

1

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed electronically with the Court on July 16, 2008. Notice of this filing was sent to the following individuals by operation of the Court's electronic filing system:

David S. Elkins, Esq.
Squire, Sanders & Dempsey LLP
600 Hansen Way
Palo Alto, CA 94304-1043
Phone: (650) 843-3378
Fax: (650) 843-8777
(Attorneys for Defendants)