## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2272 | **DATE** | 6/16/08 |
| **CASE TITLE** | DREW HERIOT, ET AL vs. RHONDA BYRNE, ET AL | | |

**DOCKET ENTRY TEXT**

Defendant's motion to dismiss or in the alternative, to stay proceedings [12] is taken under advisement. Plaintiffs response shall be filed by 6/27/08. Defendants' reply is due by 7/7/08. Defendant's motion for leave to file additional appearances of counsel is granted. Status hearing is reset from 6/17/08 to 7/24/08 at 9:00 a.m.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|