# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2272 | **DATE** | 6/17/2008 |
| **CASE TITLE** | Drew Heriot vs. Rhonda Byrne, et al | | |

**DOCKET ENTRY TEXT**

Plaintiff having responded to defendants' motion to dismiss or stay, the deadline for filing a reply is advanced from July 7, 2008 to June 25, 2008.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|