U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                              Case Number: 08-CV-2272
Heriot v. Bryne

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Drew Heriot and Drew Pictures Pty, Ltd - Plaintiffs

| NAME (Type or print) |  |
| --- | --- |
| Edna L. McLain |  |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |  |
| s/ |  |
| FIRM |  |
| Hepler Broom, MacDonald, Hebrank, True & Noce, LLC. |  |
| STREET ADDRESS |  |
| 150 N. Wacker Drive, Ste. 3100 |  |
| CITY/STATE/ZIP |  |
| Chicago, IL 60606 |  |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6278008 | (312)230-9100 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |  |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |  |