# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2272 | **DATE** | 6/25/08 |
| **CASE TITLE** | DREW HERIOT, ET AL vs. RHONDA BYRNE, ET AL | | |

**DOCKET ENTRY TEXT**

Plaintiffs' motion to preliminarily enjoin defendant TS Production LLC [39] is taken under advisement. Defendant TS Production LLC shall respond by July 8, 2008.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|