UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Drew Heriot and Drew Pictures Pty Ltd., § § *Plaintiffs,* § § vs. § § Rhonda Byrne, § The Secret LLC (AKA TS Holdings LLC) § Prime Time US Inc., § TS Production Holdings LLC, § TS Production LLC, § TS Merchandising Ltd., And § Robert E. Rainone Jr. § § *Defendants.* § | Civil Case No. 08cv2272 The Honorable Suzanne B. Conlon |

## NOTICE OF MOTION

| | |
|---|---|
| Mark S. Werbner Darren P. Nicholson Sayles \| Werbner, P.C. 4400 Renaissance Tower 1201 Elm Street Dallas, Texas 75270 Phone: 214.939.8700 Fax: 214.939.8787 *Admitted pro hac vice* | Paul L. Price Hepler, Broom, MacDonald, Hebrank, True & Noce, LLC 150 N. Wacker Drive, Suite 3100 Chicago, Illinois 60606 Phone: 312.230.9100 Fax: 312.230.9201 Attorneys of Plaintiffs Drew Heriot and Drew Pictures Pty Ltd |

.

- 2 -

PLEASE TAKE NOTICE that on **Wednesday, July 9, 2008, at 9:00 a.m.** Plaintiffs Drew Heriot and Drew Pictures Pty Ltd., will bring before the Honorable Judge Suzanne Conlon, in Courtroom 1743, of the United States District Court for the Northern District of Illinois, Eastern Division, located in the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present Plaintiffs' **Motion for Leave to File a Surreply in Response to Defendants' Motion to Dismiss or, in the Alternative, to Stay Proceedings** in the above captioned case.

Dated: July 2, 2008

                                        Respectfully submitted,

                                        /s/ Darren P. Nicholson
                                        Darren P. Nicholson
                                        Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document and its attachments were filed electronically with the Court on July 2, 2008. Notice of this filing was sent to the following individuals by operation of the Court's electronic filing system:

> David S. Elkins
> (DElkins@SSD.com)
> Joseph A. Meckes
> (JMeckes@SSD.com)
> SQUIRE, SANDERS & DEMPSEY L.L.P.
> 600 Hansen Way
> Palo Alto, CA 94304-1043
> Telephone: (650) 856-6500
> Facsimile: (650) 843-87
>
> Jack J. Carriglio
> (Jack.Carriglio@mbtlaw.com)
> MECKLER BULGER & TILSON LLP
> 123 North Wacker Drive, Suite 1800
> Chicago, IL 60606
> Telephone: (312) 474-7900
> Facsimile: (312) 474-7898