IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Drew Heriot & Drew Pictures PTY LTD. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 08 CV 2272 |
| | ) | |
| Rhonda Byrne, The Secret LLC, | ) | Honorable Suzanne B. Conlon |
| Prime Time US Inc., TS Production | ) | |
| Holdings LLC, TS Production LLC, | ) | |
| TS Merchandising Ltd., and | ) | |
| Robert E. Rainone, Jr., | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF FILING

To: Paul L. Price
Hepler, Broom, MacDonald, Hebrank, True & Noce, LLC
150 N. Wacker Drive, Suite 3100
Chicago, Illinois 60606

Mark S. Werbner
Richard A. Sayles
Darren P. Nicholson
Sayles | Werbner, P.C.
4400 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270

   PLEASE TAKE NOTICE that on the 7th day of July, 2008, we filed with the Clerk of the Court for the Northern District of Illinois, Eastern Division, **Defendants' Objection To Plaintiffs' Motion For Leave To File A Surreply In Response To Defendants' Motion To Dismiss Or, In The Alternative, To Stay Proceedings,** a copy of which is attached hereto.

Dated:  July 7, 2008

By: /s/ Jack J. Carriglio
One of Their Attorneys

David S. Elkins
Joseph A. Meckes
Joseph P. Grasser
SQUIRE, SANDERS & DEMPSEY L.L.P.
600 Hansen Way
Palo Alto, CA 94304-1043
Telephone:  (650) 856-6500
Facsimile:   (650) 843-8777

Jack J. Carriglio
James G. Argionis
MECKLER BULGER & TILSON LLP
123 North Wacker Drive, Suite 1800
Chicago, IL 60606
Telephone:  (312) 474-7900
Facsimile:   (312) 474-7898

## **CERTIFICATE OF SERVICE**

      Under penalties as provided by law, the undersigned, an attorney, hereby certifies and states that he caused a true and an accurate copy of the foregoing **Notice of Filing** and **Defendants' Objection To Plaintiffs' Motion For Leave To File A Surreply In Response To Defendants' Motion To Dismiss Or, In The Alternative, To Stay Proceedings** to be served upon the counsel listed below via the United States District Court for the Northern District of Illinois, Eastern Division's CM/ECF electronic filing system and electronic mail on this 7th day of July, 2008.

| | |
|---|---|
| Paul L. Price | Mark S. Werbner |
| Hepler, Broom, MacDonald, Hebrank, True & Noce, LLC | (mwerbner@swtriallaw.com) |
| 150 N. Wacker Drive, Suite 3100 | Richard A. Sayles |
| Chicago, Illinois 60606 | (dsayles@swtriallaw.com) |
| (paul.price@heplerbrom.com) | Darren P. Nicholson |
| | (dnicholson@swtriallaw.com) |
| | Sayles | Werbner, P.C. |
| | 4400 Renaissance Tower |
| | 1201 Elm Street |
| | Dallas, Texas 75270 |

                                                  By /s/ Jack J. Carriglio