# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2272 | **DATE** | 6/6/2008 |
| **CASE TITLE** | DREW HERIOT, ET AL vs. RHONDA BYRNE, ET AL | | |

**DOCKET ENTRY TEXT**

On the court's own motion, the status hearing set on June 16, 2008 is reset on June 17, 2008 at 9:00 a.m.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|

Case 1:08-cv-02272   Document 57   Filed 06/06/2008   Page 1 of 1

08C2272 DREW HERIOT, ET AL vs. RHONDA BYRNE, ET AL   Page 1 of 1