UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Drew Heriot and Drew Pictures Pty Ltd., § § § *Plaintiffs,* § § vs. § § Rhonda Byrne, § The Secret LLC (AKA TS Holdings LLC) § Prime Time US Inc., § TS Production Holdings LLC, § TS Production LLC, § TS Merchandising Ltd., And § Robert E. Rainone Jr. § § *Defendants.* § | Civil Case No. 08cv2272 The Honorable Suzanne B. Conlon |

## DECLARATION OF DARREN P. NICHOLSON

I, Darren P. Nicholson, declare under penalty of perjury, under the laws of the United States of America, that the following is true and correct, and is based upon my personal knowledge or upon information which has been provided to me by others and which I am informed and believe to be true, and to which I am competent to testify:

1.  I am an attorney with the law firm of Sayles Werbner PC. I am admitted to practice before the courts of the State of Texas, the District of Columbia, the United States District Court for the District of Columbia, the United States Court of Appeals for the District of Columbia Circuit, and the United States District Courts for the Northern and Eastern Districts of Texas. I am one of the attorneys of record for Plaintiffs in this case and have been admitted in this case *pro hac vice.*

-2-

2. Attached hereto as Exhibit A is a true and correct copy of the cover letter and Notice of Motion filed by TS Productions LLC, which was filed with the Federal Court of Australia Proceeding No. VID 122 of 2008 on May 23, 2008.

Signed this 2nd Day of July, 2008, in Dallas, Texas.

_____
Darren P. Nicholson

# NICHOLSON DECLARATION

# EXHIBIT A

# Arnold Bloch Leibler
Lawyers and Advisers

Level 21
333 Collins Street
Melbourne
Victoria 3000
Australia

DX38455 Melbourne
www.abl.com.au

Telephone
61 3 9229 9999
Facsimile
61 3 9229 9900

23 May 2008

By Hand

Mallesons Stephen Jaques
Level 50
Bourke Place
600 Bourke Street
Melbourne VIC 3000

Our Ref  JTV LZ
File No.  011451706

Contact
Justin Vaatstra
Direct 61 3 9229 9765
Facsimile 61 3 9916 9358
jvaatstra@abl.com.au

Partner
Leon Zwier
Direct 61 3 9229 9646
lzwier@abl.com.au

Attention: John Swinson / Natalie Hickey / Peter Selvay



**MELBOURNE**
**SYDNEY**

Partners
Mark M Leibler AC
Robert J Heathcote
Henry D Lanzer
Joseph Borensztajn
Leon Zwier
Philip Chester
Ross A Paterson
Stephen L Sharp
Kenneth A Gray
Kevin F Frawley
Michael N Dodge
Jane C Sheridan
Steven Klein
Leonie R Thompson
Zaven Mardirossian
Jonathan M Wenig
Paul Sokolowski
Paul Rubenstein
Peter M Seidel
Glen Selikowitz
Alex King
John Mitchell
Dany Merkel
Nicole Gordon
Ben Mahoney
Sam Dollard
Lily Tell
Henry Skene
Andrew Silberberg

Senior Associates
Kirsten Frew
Kishanie Wijewickrama
Lisa Ashcroft
Fiona Trueman
Jonathan Milner
Jillian Saint
Annabel Bainbridge
Danuta Czuchwicki
Katie Morrison
John Mengolian
Melanie Alderton
Justin Vaatstra
Ashley Lewis
Sue Kee
Leigh De Jong

Consultants
Allan Fels AO
Steven M Skala

Dear Sirs and Madam

**TS Productions LLC v Drew Pictures Pty Ltd & Anor**
**Federal Court of Australia Proceeding No. VID 122 of 2008**

Please find **enclosed** by way of service:

(a)    Notice of Motion dated 23 May 2008; and

(b)    Affidavit of Justin Vaatstra;

filed with the Federal Court Registry today.

Yours sincerely
**Arnold Bloch Leibler**

*[signature]*

**Justin Vaatstra**
Senior Associate

Enc

::ODMA\PCDOCS\ABL\600858\1

IN THE FEDERAL COURT OF AUSTRALIA
VICTORIA DISTRICT REGISTRY

No. VID 122 of 2008

**TS PRODUCTION LLC**

Applicant

**DREW PICTURES PTY LTD**
**(ACN 088 783 000)**

First Respondent

**DREW HERIOT**

Second Respondent

## NOTICE OF MOTION

(Order 19, rule 2)

The abovenamed Applicant will at /0·/5 am/pm on 11 July 2008, at the Federal Court of Australia, 305 William Street, Melbourne Victoria 3000 move the Court for orders that:

1   From the date of this order, the First and Second Respondents be and are hereby restrained, until determination of this proceeding (including any appeal) or until further order, from taking or causing to be taken any step in the proceedings commenced by them in the United States District Court for the Northern District of Illinois, Eastern Division, numbered 08CV2272 and captioned *Drew Heriot and Drew Pictures v Rhonda Byrne, The Secret LLC (AKA TS Holdings LLC), Prime Time US Inc., TS Production Holdings LLC, TS Production LLC, TS Merchandising Ltd. and Robert E Rainone Jr.*

2   That the Respondents pay the Applicant's costs of and incidental to this Notice of Motion.

3   Such further or other orders as the Court considers appropriate.

---

Filed on behalf of the Applicant

**ARNOLD BLOCH LEIBLER**
Lawyers and Advisers
Level 21, 333 Collins Street
Melbourne VIC 3000
DX: 38455 Melbourne

Solicitor's Code: 54
Tel: 61 3 9229 9999
Fax: 61 3 9229 9900
Ref: LZ:JTV 011451706
(Leon Zwier)

2

The time before which this notice of motion is to be served has not been abridged.

Date: 23 April 2008

*[signature]*

**ARNOLD BLOCH LEIBLER**
Solicitors for the Applicant

TO:    The Respondents.

   C/o The Respondents' Solicitors
   Mallesons Stephen Jaques
   Level 50 Bourke Place
   Melbourne VIC 3000

Version 1