UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Drew Heriot and Drew Pictures Pty Ltd. | § § § | |
| Plaintiffs, | § § | |
| vs. | § § | Civil Case No. 08 cv 2272 |
| Rhonda Byrne, | § § | The Honorable |
| The Secret LLC (AKA TS Holdings LLC) | § | Suzanne B. Conlon |
| Prime Time US Inc., | § | |
| TS Production Holdings LLC, | § | |
| TS Production LLC, | § | |
| TS Merchandising Ltd., And | § | |
| Robert E. Rainone Jr. | § § | |
| Defendants. | § | |

### PLAINTIFFS' AGREED MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF PLAINTIFFS' MOTION TO PRELIMINARY ENJOIN DEFENDANT TS PRODUCTION, LLC, *instanter*

Plaintiff, DREW HERIOT, and DREW PICTURES PARTY, LTD., by and through their undersigned attorneys and with the consent of the Defendants, hereby respectfully request that this court grant Plaintiffs' Motion for Leave to File a Reply in Support of its Motion to Preliminary Enjoin, instanter. Plaintiffs' Reply Brief is attached hereto for this court's consideration.

Respectfully submitted,

/s/ Paul L. Price
HEPLER, BROOM, MACDONALD,
HEBRANK, TRUE & NOCE, LLC
150 North Wacker Drive   Suite 3100
Chicago, Illinois 60606
Phone: (312) 230-9100

Mark S. Werbner, Esq.
Darren P. Nicholson, Esq.
Sayles/Werbner, P.C.
4400 Renaissance Tower
1201 Elm Street
Dallas, TX 75270
Phone: (214) 939-8700

1