UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Drew Heriot and Drew Pictures Pty Ltd. | § | |
| Plaintiffs, | § § § | |
| vs. | § § | Civil Case No. 08 cv 2272 |
| Rhonda Byrne, | § | The Honorable |
| The Secret LLC (AKA TS Holdings LLC) | § | Suzanne B. Conlon |
| Prime Time US Inc., | § | |
| TS Production Holdings LLC, | § | |
| TS Production LLC, | § | |
| TS Merchandising Ltd., And | § | |
| Robert E. Rainone Jr. | § § | |
| Defendants. | § | |

### *AGREED ORDER*

Plaintiffs, DREW HERIOT, and DREW PICTURES PARTY, LTD., Agreed Motion for Leave to File their Reply in Support of Plaintiffs' Motion to Preliminary Enjoin, *instanter*.

Presented, considered and **GRANTED.** Plaintiffs' are hereby granted leave to file their reply in Support of Plaintiffs' Motion to Preliminary Enjoin, instanter.

Date:_____

_____
The Honorable Suzanne B. Conlon