# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2272 | **DATE** | 7/16/08 |
| **CASE TITLE** | DREW HERIOT, ET AL vs. RHONDA BYRNE, ET AL | | |

**DOCKET ENTRY TEXT**

Plaintiffs' agreed motion for leave to file a reply in support of plaintiffs' motion to preliminary enjoin defendant TS Production, LLC, instanter [64] is granted.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | | Courtroom Deputy Initials: | WH |
|---|---|---|---|