# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2272 | **DATE** | July 21, 2008 |
| **CASE TITLE** | DREW HERIOT, et al. v. RHONDA BYRNE, et al. | | |

**DOCKET ENTRY TEXT**

Defendants' joint motion to dismiss or in the alternative to stay [12] is granted in part. Counts I, II and III are dismissed as to defendant Robert Rainone. Defendants shall answer the complaint by August 4, 2008. The parties shall comply with Rule 26(a)(1) by August 11, 2008. Plaintiffs shall comply with Rule 26(a)(2) by October 6, 2008; defendants' compliance is due November 6, 2008. All discovery shall be completed and any dispositive motions shall be filed with supporting memoranda by December 8, 2008. The parties shall present their joint final pretrial order and agreed pattern jury instructions on January 22, 2009 at 9:00 am; plaintiffs' draft pretrial order shall be given to defendants by January 14, 2009. The case is placed on the February trial calendar. THESE DATES ARE FIRM. ENTER MEMORANDUM OPINION AND ORDER.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|