# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Drew Heriot, et al.

                Plaintiff,

v.

Rhonda Byrne, et al.

                Defendant.

Case No.: 1:08−cv−02272
Honorable Suzanne B. Conlon

## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Martin C. Ashman for the purpose of holding proceedings related to: settlement conference.(wyh, )Notices mailed by Judicial staff.

Dated: July 24, 2008

/s/ Suzanne B. Conlon

United States District Judge