IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Drew Heriot & Drew Pictures PTY LTD., <br><br> Plaintiffs, <br><br> v. <br><br> Rhonda Byrne, The Secret LLC, Prime Time US Inc., TS Production Holdings LLC, TS Production LLC, TS Merchandising Ltd., and Robert E. Rainone, Jr., <br><br> Defendants. | No. 08 CV 2272 <br><br> Honorable Suzanne B. Conlon |

## NOTICE OF MOTION

To: Paul L. Price
    Hepler, Broom, MacDonald, Hebrank, True & Noce, LLC
    150 N. Wacker Drive, Suite 3100
    Chicago, Illinois 60606

Mark S. Werbner
Richard A. Sayles
Darren P. Nicholson
Sayles | Werbner, P.C.
4400 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270

**PLEASE TAKE NOTICE** that on the 4th day of September, 2008 at 9:00 a.m., or as soon thereafter as counsel shall be heard, we shall appear before the Honorable Suzanne B. Conlon in Courtroom 1743 of the United States District Court for the Northern District of Illinois, Eastern Division, located in the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present, **Motion for entry of a Stipulated Protective Order,** a copy of which is attached hereto.

Dated: August 28, 2008

By: /s/ Jack J. Carriglio
One of Their Attorneys

David S. Elkins
Joseph A. Meckes
Joseph P. Grasser
SQUIRE, SANDERS & DEMPSEY L.L.P.
600 Hansen Way
Palo Alto, CA 94304-1043
Telephone: (650) 856-6500
Facsimile: (650) 843-8777

Jack J. Carriglio
James G. Argionis
MECKLER BULGER & TILSON MARICK & PEARSON LLP
123 North Wacker Drive, Suite 1800
Chicago, IL 60606
Telephone: (312) 474-7900
Facsimile: (312) 474-7898

## CERTIFICATE OF SERVICE

  Under penalties as provided by law, the undersigned, an attorney, hereby certifies and states that he caused a true and an accurate copy of the foregoing *Notice of Motion* and *Motion for entry of a Stipulated Protective Order* to be served upon the counsel listed below via the United States District Court for the Northern District of Illinois, Eastern Division's CM/ECF electronic filing system and electronic mail on this 28th day of August, 2008.

| | |
|---|---|
| Paul L. Price<br>Hepler, Broom, MacDonald, Hebrank, True &<br> Noce, LLC<br>150 N. Wacker Drive, Suite 3100<br>Chicago, Illinois 60606<br>(paul.price@heplerbroom.com) | Mark S. Werbner<br>(mwerbner@swtriallaw.com)<br>Richard A. Sayles<br>(dsayles@swtriallaw.com)<br>Darren P. Nicholson<br>(dnicholson@swtriallaw.com)<br>Sayles \| Werbner, P.C.<br>4400 Renaissance Tower<br>1201 Elm Street<br>Dallas, Texas 75270 |

                By /s/ Jack J. Carriglio