# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2272 | **DATE** | 6/30/2009 |
| **CASE TITLE** | DREW HERIOT, et al., vs. RHONDA BYRNE, et al., | | |

**DOCKET ENTRY TEXT**

Defendants withdraw their bill of costs [350] and their motion for attorney fees [353]. By stipulation of the parties, TS Production LLC's counterclaim is dismissed pursuant to Fed. R. Civ. P. 41(a)(1), and final judgment is entered for defendants on Counts I and III. Each party shall bear its own fees and costs.

*/s/ Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | air |
|---|---|---|